

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2022

No. 04-22-00678-CV

**ESTATE OF GLORIA MARIE SHRIVER**, Deceased

From the County Court, Jim Wells County, Texas
Trial Court No. 13-07502-PR
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

The reporter's record was due on October 24, 2022. The court reporter filed a notification of late record. The notification of late reporter's record is hereby NOTED. Time is extended to October 28, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court